1  **LEACH JOHNSON SONG & GRUCHOW**
   SEAN L. ANDERSON
2  Sanderson@leachjohnson.com
   Nevada Bar No. 7259
3  T. CHASE PITTSENBARGER
   cpittsenbarger@leachjohnson.com
4  Nevada Bar No. 13740
   8945 W. Russell Road, Suite #330
5  Las Vegas, Nevada 89148
   Telephone:    (702) 538-9074
6  Facsimile:    (702) 538-9113
   *Attorneys for Defendant Mountain*
7  *Gate Homeowners' Association*

8                **UNITED STATES DISTRICT COURT**

9                      **DISTRICT OF NEVADA**

10 BANK OF AMERICA, N.A., successor by      Case No.  2:16-cv-00399-APG-CWH
   merger    to    BAC    HOME    LOANS
11 SERVICING, LP f/k/a COUNTRYWIDE         **STIPULATION AND ORDER FOR AN**
   HOME LOANS SERVICING, LP,              **EXTENSION OF TIME MOUNTAIN**
12                                         **GATE HOMEOWNERS'**
                Plaintiff,                 **ASSOCIATION TO FILE A RESPONSE**
13                                         **TO PLAINTIFF'S COMPLAINT (DKT.**
   vs.                                     **1)**
14
   MOUNTAIN    GATE    HOMEOWNERS'        *(First Request)*
15 ASSOCIATION; 6517 ANGEL MOUNTAIN
   TRUST;   HAMPTON    &    HAMPTON
16 COLLECTIONS, LLC,
17              Defendants.
18

19       Plaintiff, BANK OF AMERICA N.A., by and through its attorney Tenesa S. Scaturro, of

20 AKERMAN LLP and Defendant, MOUNTAIN GATE HOMEOWNERS' ASSOCIATION (the

21 "Association"), by and through its attorney T. Chase Pittsenbarger, of LEACH JOHNSON

22 SONG & GRUCHOW, hereby stipulate and agree as follows:

23       1.      Plaintiff filed its Complaint on February 26, 2016 (Dkt. 1).

24       2.      The Association just recently received a coverage decision and notification of

25              assignment of counsel.

26 …

27 …

28 …

**LEACH JOHNSON SONG & GRUCHOW**
8945 West Russell Road, Suite 330, Las Vegas, Nevada 89148
Telephone: (702) 538-9074 – Facsimile (702) 538-9113

3.     The Association shall be granted an additional 21-days to prepare a responsive pleading to Plaintiff's Complaint [Dkt.1] up to and including **April 20, 2016**.

DATED this 29th day of March, 2016.

**AKERMAN, LLP**                                   **LEACH JOHNSON SONG & GRUCHOW**

  /s/ Tenesa S. Scaturro                              /s/ T. Chase Pittsenbarger
Melanie D. Morgan                               Sean L. Anderson
Nevada Bar No. 8215                             Nevada Bar No. 7259
Tenesa S. Scaturro                              T. Chase Pittsenbarger
Nevada Bar No. 12488                            Nevada Bar No. 13740
1160 Town Center Drive, Suite 330               8945 West Russell Road, Suite 300
Las Vegas, Nevada 89144                         Las Vegas, Nevada 89148
*Attorneys for Plaintiff Bank of America, N.A.*  *Attorneys for Defendant Mountain Gate Homeowners' Association*

**ORDER**

**IT IS SO ORDERED.**

_____
United States Magistrate Judge

-2-