MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
TENESA S. SCATURRO, ESQ.
Nevada Bar No. 12488
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email:  melanie.morgan@akerman.com
            tenesa.scaturro@akerman.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A., successor by merger to BAC HOME LOANS SERVICING, LP f/k/a COUNTRYWIDE HOME LOANS SERVICING, LP,<br><br>        Plaintiff,<br>vs.<br><br>MOUNTAIN GATE HOMEOWNERS' ASSOCIATION; 6517 ANGEL MOUNTAIN TRUST; HAMPTON & HAMPTON, P.C.; HAMPTON & HAMPTON COLLECTIONS, LLC,<br><br>        Defendants. | Case No.:  2:16-cv-00399-APG-CWH<br><br>**STIPULATION AND ORDER TO CONTINUE TIME FOR PLAINTIFF BANK OF AMERICA, N.A. TO RESPOND TO DEFENDANT HAMPTON & HAMPTON, P.C.'S MOTION FOR SUMMARY JUDGMENT [ECF NO. 13]**<br><br>**(Second Request)** |

Plaintiff Bank of America, N.A. successor by merger to BAC Home Loans Servicing, LP f/k/a Countrywide Home Loans Servicing, LP (**BANA**) and defendant Hampton & Hampton, P.C. and Hampton & Hampton Collections, LLC (**Hampton**) hereby stipulate and agree as follows:

. . .

. . .

. . .

. . .

. . .

{38259756;1}

The parties hereby stipulate and agree BANA's time to respond to Hampton's motion for summary judgment (ECF No. 13) shall be continued from May 16, 2016 until May 23, 2016.

This is the second request for an extension of this deadline. BANA requests the additional time to afford it the opportunity to adequately respond to Hampton's motion for summary judgment in a coordinated manner, as the same or similar motion by these and similarly-situated parties have been filed in other cases and raise novel legal arguments. The parties submit this request in good faith without the purpose of undue delay.

DATED this 16th day of May, 2016

**AKERMAN LLP**

*/s/ Tenesa S. Scaturro, Esq.*
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
TENESA S. SCATURRO, ESQ.
Nevada Bar No. 12488
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144

*Attorneys for Plaintiff*

**HAMPTON & HAMPTON, P.C.**

*/s/ Jay Hampton, Esq.*
JAY HAMPTON, ESQ.
Nevada Bar No. 5350
MILES HAMPTON, ESQ.
Nevada Bar No. 9050
880 Seven Hills Drive, Suite 200
Henderson, Nevada 89052

*Attorneys for Defendants Hampton & Hampton, P.C. and Hampton & Hampton Collections, LLC*

**ORDER**

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE
Dated: May 16, 2016.

{38259756;1}