MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
NICHOLAS BELAY, ESQ.
Nevada Bar No. 15175
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: nicholas.belay@akerman.com

*Attorneys for Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP f/k/a Countrywide Home Loans Servicing, LP*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP F/K/A COUNTRYWIDE HOME LOANS SERVICING, LP,<br><br>Plaintiff,<br>v.<br><br>MOUNTAIN GATE HOMEOWNERS ASSOCIATION; 6517 ANGEL MOUNTAIN TRUST; HAMPTON & HAMPTON COLLECTIONS, LLC,<br><br>Defendants. | Case No.: 2:16-cv-00399-APG-DJA<br><br>**MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |
| KENNETH BERBERICH, as Trustee of 6517 ANGEL MOUNTAIN TRUST,<br><br>Counterclaimant,<br>v.<br><br>BANK OF AMERICA, NA., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP F/K/A COUNTRYWIDE HOME LOANS SERVICING, LP, a National Association; DOE INDIVIDUALS I-X, and ROE CORPORATIONS, I-X, inclusive,<br><br>Counterdefendant. | |

1

50740652;1

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

PLEASE TAKE NOTICE that Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP f/k/a Countrywide Home Loans Servicing, LP hereby provides notice that Jared M. Sechrist is no longer associated with the law firm of Akerman, LLP.

Akerman, LLP continues to serve as counsel for Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP f/k/a Countrywide Home Loans Servicing, LP. All, including, but not limited to, pleadings, papers, correspondence, documents and future notices in this action should continue to be directed to Melanie D. Morgan, Esq., Tenesa S. Powell and Nicholas Belay, Esq.

DATED November 7, 2019.

**AKERMAN LLP**

*/s/ Nicholas Belay*

MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
NICHOLAS BELAY, ESQ.
Nevada Bar No. 15175
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

*Attorneys for Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP f/k/a Countrywide Home Loans Servicing, LP*

**COURT APPROVAL**

IT IS SO ORDERED.

DATE: November 8, 2019 _____

_____
UNITED STATES MAGISTRATE JUDGE
Case No.: 2:16-cv-00399-APG-DJA

50740652;1