JOSEPH Y. HONG, ESQ.
Nevada Bar No. 5995
HONG & HONG LAW OFFICE
One Summerlin
1980 Festival Plaza Dr., Suite 650
Las Vegas, NV 89135
Tel: (702) 870-1777
Fax: (702) 810-0500
yosuphonglaw@gmail.com
*Attorneys for Defendant 6517 Angel Mountain Trust and*
*Counterclaimant Kenneth Berberich, as Trustee of 6517 Angel Mountain Trust*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., successor by merger to BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP, <br><br> Plaintiff, <br><br> vs. <br><br> MOUNTAIN GATE HOMEOWNERS' ASSOCIATION; 6517 ANGEL MOUNTAIN TRUST; HAMPTON & HAMPTON, P.C.; HAMPTON & HAMPTON COLLECTIONS, LLC, <br><br> Defendants. | Case No.: 2:16-cv-00399-APG-DJA <br><br> **SUBSTITUTION OF COUNSEL FOR DEFENDANT 6517 ANGEL MOUNTAIN TRUST AND COUNTERCLAIMANT KENNETH BERBERICH, AS TRUSTEE OF 6517 ANGEL MOUNTAIN TRUST** |
| Kenneth Berberich, as Trustee of 6517 ANGEL MOUNTAIN TRUST, <br><br> Counterclaimants, <br><br> vs. <br><br> BANK OF AMERICA, N.A., successor by merger to BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP, a National Association, <br><br> Counterdefendants. | |

1

Defendant 6517 Angel Mountain Trust and Counterclaimant Kenneth Berberich, as Trustee of 6517 Angel Mountain Trust, hereby consent to the substitution of Hong & Hong Law Office, as its counsel in place and stead of The Law Office of Mike Beede, PLLC in the above captioned matter.

DATED this 20th day of July, 2020.

                                         *s/ Kenneth Berberich*
                                         Kenneth Berberich, Trustee for 6517 Angel Mountain Trust

Michael N. Beede, Esq. of The Law Office of Mike Beede, PLLC, does hereby consent to the substitution of Hong & Hong Law Office to represent Defendant 6517 Angel Mountain Trust and Counterclaimant Kenneth Berberich, as Trustee of 6517 Angel Mountain Trust, in the above captioned matter, in his place and stead.

DATED this 20th day of July, 2020.

                                         THE LAW OFFICE OF MIKE BEEDE, PLLC

                                         By *s/ Michael Beede*
                                              MICHAEL BEEDE, ESQ.
                                              Nevada Bar No. 13068
                                              JAMES W. FOX, ESQ.
                                              Nevada Bar No. 13122
                                              2470 St. Rose Pkwy, Suite 307
                                              Henderson, NV 89074
                                              T: 702-473-8406

///
///
///
///
///

Joseph Y. Hong, Esq., of Hong & Hong Law Office, does hereby agree to substitute in the place of The Law Office of Mike Beede, PLLC, on behalf of Defendant 6517 Angel Mountain Trust and Counterclaimant Kenneth Berberich, as Trustee of 6517 Angel Mountain, in the above captioned matter.

DATED this 20th day of July, 2020.

HONG & HONG LAW OFFICE

By *s/ Joseph Y. Hong*
JOSEPH Y. HONG, ESQ.
Nevada Bar No. 5995
One Summerlin
1980 Festival Plaza Dr., Suite 650
Las Vegas, Nevada 89135
Tel: (702) 870-1777

**Case Name:** Bank of America, N.A. v. Mountain Gate Homeowners Association, et al.
**Case Number:** 2:16-cv-00399-APG-DJA

## ORDER

**IT IS SO ORDERED.**

Dated this 22nd day of July, 2020.

Daniel J. Albregts
United States Magistrate Judge

3

## CERTIFICATE OF SERVICE

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and that I am not a party to, nor interested in, this action. On the 20th day of July, 2019, I did cause a true and correct copy of the foregoing **SUBSTITUTION OF COUNSEL FOR DEFENDANT 6517 ANGEL MOUNTAIN TRUST AND COUNTERCLAIMANT KENNETH BERBERICH, AS TRUSTEE OF 6517 ANGEL MOUNTAIN TRUST** to be served upon all parties involved in this litigation by the method indicated:

___ U.S. Mail

___ U.S. Certified Mail

___ Facsimile Transmission

___ Federal Express

_X_ Electronic Service via CM/ECF

___ E-Mail

/s/ Debra L. Batesel
An Employee of Hong & Hong Law Office